# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>DESHAUN D. PATRICK<br><br>Defendant(s) | )<br>)<br>)  Case No.<br>)        13-M- 1101<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 3 and 4, 2013__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C. Sections 841(a)(1) and 841(b)(1)(C) | Count One - Distribution of Cocaine Base<br>Count Two - Distribution of Cocaine Base |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Richard H. Bilson, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/30/2013

_____
Judge's signature

City and state: Milwaukee, Wisconsin

William E. Callahan, Jr., U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Richard Henry Bilson, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed with the FBI as a Special Agent since January of 2010. I am currently assigned to the FBI Southeast Wisconsin Safe Streets Gang Task Force operating out of Milwaukee Police Department District 5 Headquarters, 2920 North 4th Street, Milwaukee, Wisconsin. I am charged with conducting investigations of violations of federal law including the possession, distribution, and sale of illegal narcotics. I have gained experience in the conduct of such investigations through formal and informal training, and in consultation with other members of the task force regarding these matters.

2. As a federal agent, I am authorized to investigate violations of laws of the Unites States and to execute warrants issued under the authority of the United States.

3. I am submitting this affidavit in support of a Federal Criminal Complaint for DESHAUN D. PATRICK, in the State and Eastern District of Wisconsin. As will be shown below, there is probable cause to believe that on December 3 and 4, 2013, DESHAUN D. PATRICK committed the crimes of Distribution of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)((1)(C).

4. On Tuesday, December 3, 2013 at approximately 3:11 p.m., a controlled purchase of narcotics was conducted utilizing a Federal Bureau of Investigation (FBI) Confidential Human Source[1] (CHS), hereinafter referred to as CI, from DESHAUN D. PATRICK, in

---

[1] CI has been cooperating with law enforcement on this investigation since October of 2013. CI is cooperating with law enforcement in exchange for financial and relocation benefits. CI has been paid approximately $1,400 to date. CI has previously provided law enforcement with timely and accurate information, including information regarding a homicide, through consensually recorded conversations, controlled buys, and law enforcement reporting.

the vicinity of N. 30th St., and W. Capital Drive, Milwaukee, Wisconsin. The controlled purchase was conducted under the direction and supervision of myself and other members of the Southeast Wisconsin Safe Streets Gang Task Force.

5. At approximately 3:11 p.m., Special Agent Jason Soule and I met with the CI at a predetermined location. Under the direction of SA Soule, the CI placed a consensually monitored phone call to PATRICK's telephone number (414) 699-5486. During the conversation, the CI advised PATRICK that he/she had gone to the bank and asked if PATRICK would be ready in approximately 1 hour. PATRICK advised the CI he would be ready.

6. At approximately 4:05 p.m., SA Soule and SA Bilson again met with the CI at a predetermined location. Under the direction of SA Soule, the CI placed another consensually monitored phone call to PATRICK at the same number. During the conversation, the CI asked PATRICK if it would be $350 plus $100 for PATRICK to purchase a "quarter" which case agents know to be a quarter ounce of cocaine base. PATRICK confirmed that this was correct and that he would be there in approximately 20 minutes. Upon completion of the consensually monitored telephone call, the CI was provided with $450 in pre-recorded U.S. currency and a recording device which recorded the CI's interactions with PATRICK. The CI then departed the predetermined location and returned to his/her residence under the constant observation of surveillance units.

7. At approximately 4:58 p.m., surveillance units observed a dark colored, late model Chevrolet Impala, with dark tinted windows, bearing WI license plate 677-VAW, park in front of the CI's residence in the eastbound lane of Capitol Drive, Milwaukee. The CI then advised case agents that PATRICK had arrived at the residence. Surveillance units

observed the CI exit the front door of the residence and walk to the passenger side of the vehicle. The passenger side door of the vehicle opened and the CI spoke with the occupants of the vehicle while standing outside of the vehicle. At approximately 5:00 p.m., the passenger side door of the vehicle shut and the vehicle then pulled away and headed east on W. Capital Drive. Surveillance units observed the CI walk back to the front door and enter the residence. Shorty thereafter, the CI advised case agents that he/she observed PATRICK in the passenger seat of the vehicle wearing blue jeans, a black hoodie, and a black baseball cap. The vehicle was driven by someone known to the CI as "Deshawn" with an unknown last name. The CI advised that he/she provided Patrick with $350 to purchase a quarter ounce of "crack" cocaine.

8. At approximately 6:12 p.m., surveillance units observed the same vehicle arrive at the CI's residence and park on the shoulder of W. Capitol Drive facing east. Surveillance units then observed the CI exit his/her residence and walk to the passenger side of the target vehicle. The passenger side door of the target vehicle then opened and the CI spoke to the individuals inside. At approximately 6:15 p.m., surveillance units observed the target vehicle pull away heading east on W. Capitol Drive. The CI then walked back to the front door of his/her residence and entered.

9. At approximately 6:18 p.m., the CI arrived at the predetermined meet location. SA Soule collected a clear plastic baggie containing an off-white chunky substance, believed to be cocaine base, from the CI. SA Soule then recovered the recording device from the CI. All consensual recordings are being maintained by FBI ELSUR.

10. SA Soule and SA Bilson then debriefed the CI. The CI advised that PATRICK was again seated in the passenger seat of the vehicle and "Dashawn" was in the driver's seat.

The CI stated that PATRICK provided the baggie containing the off-white chunky substance to the CI, and the CI gave the remaining $100 to PATRICK. The recording device obtained from the person of the CI corroborated the CI's description of events.

11. Milwaukee Police Department Detective Mitch Ward assumed control of the clear plastic baggie containing suspected cocaine base, at Milwaukee Police Department District 5 from SA Soule and SA Bilson. Detective Ward subjected the suspected cocaine base to the Nark II 07 field test and received a positive result for the presence of cocaine base, with a total weight of 6.91 grams.

12. On Wednesday, December 4, 2013 at approximately 1:29 p.m., another controlled purchase of narcotics from PATRICK was conducted by the CI in the vicinity of N. 30th St., and W. Capitol Drive, Milwaukee, Wisconsin. Again, the purchase was conducted under the direction and supervision of myself and other members of Southeast Wisconsin Safe Streets Gang Task Force.

13. At approximately 1:29 p.m., SA Jason Soule and I met with the CI at a predetermined location. Under the direction of SA Soule, the CI placed a consensually monitored phone call to PATRICK's telephone number of (414) 699-5486. During the conversation, the CI advised PATRICK that he/she had gone to the bank and gotten $350 and asked if PATRICK could come over. PATRICK advised the CI he had to call someone and would call the CI back.

14. At approximately 1:37 p.m., PATRICK called the CI back and advised that his source was out of product. PATRICK advised the CI that he would still be able to get something from someone else but that it was going to cost $375.

15. At approximately 1:47 p.m., the CI placed another call to PATRICK and advised him s/he had the $375. PATRICK advised he would be over to pick it up. Upon completion of the consensually monitored telephone call, the CI was provided with $375 in pre-recorded U.S. currency and a recording device which recorded the interactions with PATRICK. The CI then departed the predetermined location and returned to his/her residence which was under the constant observation of surveillance units.

16. At approximately 2:04 p.m., surveillance units observed a dark colored, late model Chevrolet Impala, with dark tinted windows, bearing WI license plate 677-VAW, park in front of the CI's residence in the eastbound lane of Capital Drive. According to the Milwaukee Police Department, WI license plate 677-VAW was reported stolen on that same day, December 4, 2012. Surveillance units observed the CI exit the front door of the residence and walk to the passenger side of the vehicle. The passenger side door of the vehicle opened, and the CI spoke with the occupants of the vehicle while standing outside of the vehicle.

17. At approximately, 2:08 p.m., the passenger side door of the vehicle shut and the vehicle then pulled away and headed east on W. Capitol Drive. Surveillance units observed the CI walk back to the front door and enter the residence. Shortly thereafter, the CI advised case agents that he/she observed PATRICK in the passenger seat of the vehicle. PATRICK was wearing blue jeans, a black hoodie, and a black baseball cap. The CI provided Patrick with $375 to purchase a quarter ounce of "crack" cocaine. The CI further identified the driver of the vehicle as "Dashawn," last name unknown.

18. At approximately 5:39 p.m., surveillance units observed the target vehicle again arrive at the CI's residence and park on the shoulder of W. Capitol Drive facing east. Surveillance

units then observed the CI exit his/her residence and walk to the passenger side of the target vehicle. The passenger side door of the target vehicle then opened and the CI spoke to the individuals inside. At approximately 5:41 p.m., surveillance units observed the target vehicle pull away heading east on W. Capitol Drive. The target vehicle then turned south on N. 30th Street. The CI then walked back to the front door of his/her residence and entered.

19. At approximately 5:48 p.m., the CI arrived at the predetermined meet location. SA Soule collected a clear plastic baggie containing an off-white chunky substance, believed to be cocaine base, from the CI. SA Soule then recovered the recording device from the CI. All consensual recordings are being maintained by FBI ELSUR.

20. SA Soule and SA Bilson again debriefed the CI, who advised that PATRICK was seated in the passenger seat of the vehicle, while "Dashawn" was in the driver's seat, and "Robert Mobley," a.k.a. "Little Rob," was seated in the rear on the driver's side of the vehicle, and an unknown individual was seated in the rear passenger side of the vehicle.

21. The CI stated that PATRICK provided the baggie containing the off-white chunky substance to the CI. The CI further advised that PATRICK had a black semi-automatic pistol sitting on his lap. The recording device obtained from the person of the CI corroborated the CI's description of events.

22. FBI Task Force Officer (TFO) Gregory Kuspa then assumed control of the suspected cocaine base, and subjected it to the Nark II 07 field test. The substance tested positive for the presence of cocaine base, with a total weight of 5.66 grams.